IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **City of Shakopee, Minnesota** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.               ) | Case No. 1:07-cv-01950-RMU |
| ) | Judge Ricardo M. Urbina |
| **The United States of America, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

NOTICE OF APPEARANCE

Pursuant to Local Rules 83.6 and 83.2(e) of United States District Court for the District of Columbia, please enter the following appearance as counsel on behalf of the Federal Defendants:

| | |
|---|---|
| Gina L. Allery | [Regular mail] |
| U.S. Department of Justice | |
| Environment & Natural Resources Div. | |
| Indian Resources Section | |
| P.O. Box 44378 | |
| Washington, D.C.  20026-4378 | |
| (202) 305-0261 (telephone) | |
| (202) 305-0271 (fax) | |
| | |
| Indian Resources Section | [Overnight Mail] |
| 601 D Street, N.W., Room 3507 | |
| Washington, D.C.  20004 | |

Respectfully submitted,
/s/
GINA L. ALLERY
DC Bar #485903

Dated: November 9, 2007

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **City of Shakopee, Minnesota**     ) | |
| ) | |
|     **Plaintiffs,**     ) | |
| ) | |
| v.     ) | Case No. 1:07-cv-01950-RMU |
| ) | Judge Ricardo M. Urbina |
| **The United States of America, et al.,**     ) | |
| ) | |
|     **Defendants.**     ) | |
| ) | |

### Certificate of Service

    I hereby certify that on November 9, 2007, I electronically filed the foregoing **Notice of Appearance** with the Clerk of the District Court using its CM/ECF system.  I further certify that on November 13, 2007, I served a copy of the attached **Notice of Appearance** by mail, to the following:

Benjamin S. Sharp
Donald C. Baur
Jennifer A. MacLean
Perkins Coie, LLP
607 Fourteenth Street, N.W., Suite 800
Washington, D.C. 20005

James J. Thomson
Kennedy & Graven
470 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, MN 55402
(612) 337-9209

    /s/
Gina L. Allery
Trial Attorney
United States Department of Justice
Environment and Natural Resources
Division
Indian Resources Section

1

P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
(202) 305-0261
Gina.Allery@usdoj.gov