IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **City of Shakopee, Minnesota** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01950-RMU |
| | ) | Judge Ricardo M. Urbina |
| **The United States of America, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Defendants, the United States, respectfully request an extension of time to file an answer or other responsive pleading in this matter on or before September 23, 2008.

In support of this motion, the Defendants state as follows:

1. Undersigned counsel has authorization from Plaintiff's counsel to state that this motion is unopposed;

2. Currently, an answer or other responsive pleading is due June 25, 2008;

3. However, the Department of the Interior has not yet certified the administrative record in this case. The Department has needed this length of time to compile the record because of its volume, technological issues, and other issues;

4. The United States requires an additional 90 days to allow the Department adequate time to complete compiling and to certify the administrative record. Counsel for the United States also requires this additional time to review the

record and to prepare the appropriate responsive pleading.

WHEREFORE, the United States respectfully requests an extension of time to file its answer or other responsive pleading on or before September 23, 2008.

Dated: June 20, 2008

Respectfully submitted,

GINA ALLERY
D.C. Bar No. 485903
Trial Attorney
United States Department of Justice
Environment and Natural Resources
    Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
(202) 305-0261

OF COUNSEL:
THOMAS BLASER
United States Department of the Interior
Office of the Solicitor
Washington, DC

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **City of Shakopee, Minnesota** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **The United States of America, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | Case No. 1:07-cv-01950-RMU <br> Judge Ricardo M. Urbina |

**[PROPOSED] ORDER
GRANTING THE UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING**

Upon consideration of the United States' Unopposed Motion for Extension of Time, it is hereby ORDERED that the United States' answer or other responsive pleading is due on or before September 23, 2008.

Dated:_____, 2008     _____

                                                                                              Hon. Ricardo M. Urbina
                                                                                              United States District Judge
                                                                                               District of Columbia

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **City of Shakopee, Minnesota** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.                           ) | Case No. 1:07-cv-01950-RMU |
| ) | Judge Ricardo M. Urbina |
| **The United States of America, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### Certificate of Service

    I hereby certify that on June 20, 2008, I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant in this case:

        Benjamin S. Sharp
        Perkins Coie, LLP
    607 Fourteenth Street, N.W., Suite 800
        Washington, D.C. 20005

        /s/
        Gina L. Allery
        Trial Attorney
        United States Department of Justice
        Environment and Natural Resources
        Division
        Indian Resources Section
        P.O. Box 44378
        L'Enfant Plaza Station
        Washington, D.C.  20026-4378
        (202) 305-0261
        Gina.Allery@usdoj.gov